FILED

JUL 2 5 2018

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

# SEALED

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## MIDLAND-ODESSA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO.<br>**INDICTMENT** MO18CR·183 |
| **Plaintiff,** | |
| V. | [Vio: 21 U.S.C. § 846 -<br>Conspiracy] |
| (1) JESUS GUERRA,<br>(2) SCOTT ERIC FREEMAN,<br>(3) MELISSA KAYANN PRESTON,<br>(4) CHARLES BRANDON O'NEAL,<br>(5) JASON BRENT McCULLOUGH,<br>(6) BALAINA RENEE BASHAM,<br>(7) ROBERT JOHN BRAZEAL. | |
| **Defendants.** | |

**THE GRAND JURY CHARGES:**

### COUNT ONE
### [21 U.S.C. § 846]

That beginning on or about January 2016 and continuing through on or about June 27,

2018, in the Western District of Texas, Northern District of Texas and elsewhere, the

Defendants,

**JESUS GUERRA**
**SCOTT ERIC FREEMAN**
**MELISSA KAYANN PRESTON**
**CHARLES BRANDON O'NEAL**
**JASON BRENT McCULLOUGH**
**BALAINA RENEE BASHAM**
**AND**
**ROBERT JOHN BRAZEAL**

did combine, conspire, confederate, and agree together with each other, and with others known

and unknown to the Grand Jury, to intentionally and knowingly distribute and possess with intent

to distribute a controlled substance, which offense involved fifty (50) grams or more of actual methamphetamine, Schedule II Controlled Substances, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A) .

All contrary to Title 21, United States Code, Section 846.

A TRUE BILL

JOHN F. BASH
UNITED STATES ATTORNEY

V. LATAWN WARSAW
Assistant United States Attorney

**Original signed by the foreperson of the Grand Jury**

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### MIDLAND-ODESSA DIVISION

UNITED STATES OF AMERICA

v.

                                              Case Number: 7:18-CR-00183-DC(4)
                                              USM Number: 13673-480

CHARLES BRANDON O'NEAL

         Defendant.

## JUDGMENT IN A CRIMINAL CASE
### (For Offenses Committed On or After November 1, 1987)

The defendant, CHARLES BRANDON O'NEAL, was represented by Stephanie Erin Brunson, Esq.

The defendant pled guilty to Count(s) One of the Indictment on September 19, 2018. Accordingly, the defendant is adjudged guilty of such Count(s), involving the following offense(s):

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 U.S.C. § 846 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 841(b)(1)(A) | Conspiracy to Distribute and Possess with Intent to Distribute Fifty Grams or More of Actual Methamphetamine | 06/27/2018 | One |

As pronounced on December 11, 2018, the defendant is sentenced as provided in pages 2 through 6 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Signed this 17th day of December, 2018.

 

                                     David Counts
                            United States District Judge

AO 245B (Rev. TXN 10/12) Judgment in a Criminal Case                                    Judgment -- Page 2 of 6

DEFENDANT:          CHARLES BRANDON O'NEAL
CASE NUMBER:        7:18-CR-00183-DC(4)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **One Hundred Eight (108) months as to Count One** with credit for time served while in custody for this federal offense pursuant to 18 U.S.C. § 3585(b).

The Court makes the following recommendations to the Bureau of Prisons:

That if eligible, the defendant participate in the 500 Hour Intensive Drug Abuse Education Program.

That the defendant shall serve this sentence at a Bureau of Prisons facility in Lexington, Kentucky.

The defendant shall remain in custody pending service of sentence.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
                                            UNITED STATES MARSHAL

_____
                                                        By
                                            DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. TXN 10/12) Judgment in a Criminal Case

Judgment -- Page 3 of 6

DEFENDANT:         CHARLES BRANDON O'NEAL
CASE NUMBER:       7:18-CR-00183-DC(4)

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **Five (5) years.**

While on supervised release, the defendant shall comply with the mandatory, standard and if applicable, the special conditions that have been adopted by this Court, and shall comply with the following additional conditions:

The defendant shall submit his or her person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States probation officer. Failure to submit to a search may be grounds for revocation of release. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition. The probation officer may conduct a search under this condition only when reasonable suspicion exists that the defendant has violated a condition of supervision and that the areas to be searched contain evidence of this violation. Any search shall be conducted at a reasonable time and in a reasonable manner.

AO 245B (Rev. TXN 10/12) Judgment in a Criminal Case                                                 Judgment -- Page 4 of 6

DEFENDANT:          CHARLES BRANDON O'NEAL
CASE NUMBER:        7:18-CR-00183-DC(4)

## CONDITIONS OF PROBATION AND SUPERVISED RELEASE
### (As Amended November 28, 2016)

It is ORDERED that the Conditions of Probation and Supervised Release applicable to each defendant committed to probation or supervised release in any division of the Western District of Texas, are adopted as follows:

Mandatory Conditions:

[1]     The defendant shall not commit another federal, state, or local crime during the term of supervision.

[2]     The defendant shall not unlawfully possess a controlled substance.

[3]     The defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of release on probation or supervised release and at least two periodic drug tests thereafter (as determined by the court), but the condition stated in this paragraph may be ameliorated or suspended by the court if the defendant's presentence report or other reliable sentencing information indicates low risk of future substance abuse by the defendant.

[4]     The defendant shall cooperate in the collection of DNA as instructed by the probation officer, if the collection of such a sample is authorized pursuant to section 3 of the DNA Analysis Backlog Elimination Act of 2000 (42 U.S.C. § 14135a).

[5]     If applicable, the defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et. seq.*) as instructed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which the defendant resides, works, is a student, or was convicted of a qualifying offense.

[6]     If convicted of a domestic violence crime as defined in 18 U.S.C. § 3561(b), the defendant shall participate in an approved program for domestic violence.

[7]     If the judgment imposes a fine or restitution, it is a condition of supervision that the defendant pay in accordance with the Schedule of Payments sheet of the judgment.

[8]     The defendant shall pay the assessment imposed in accordance with 18 U.S.C. § 3013.

[9]     The defendant shall notify the court of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay restitution, fines or special assessments.

Standard Conditions:

[1]     The defendant shall report to the probation office in the federal judicial district where he or she is authorized to reside within 72 hours of release from imprisonment, unless the probation officer instructs the defendant to report to a different probation office or within a different time frame.

[2]     After initially reporting to the probation office, the defendant will receive instructions from the court or the probation officer about how and when to report to the probation officer, and the defendant shall report to the probation officer as instructed.

[3]     The defendant shall not knowingly leave the federal judicial district where he or she is authorized to reside without first getting permission from the court or the probation officer.

[4]     The defendant shall answer truthfully the questions asked by the probation officer.

[5]     The defendant shall live at a place approved by the probation officer. If the defendant plans to change where he or she lives or anything about his or her living arrangements (such as the people the defendant lives with), the defendant shall notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, the defendant shall notify the probation officer within 72 hours of becoming aware of a change or expected change

AO 245B (Rev. TXN 10/12) Judgment in a Criminal Case                                                                 Judgment -- Page 5 of 6

DEFENDANT:              CHARLES BRANDON O'NEAL
CASE NUMBER:            7:18-CR-00183-DC(4)

[6]     The defendant shall allow the probation officer to visit the defendant at any time at his or her home or elsewhere, and the defendant shall permit the probation officer to take any items prohibited by the conditions of the defendant's supervision that are observed in plain view.

[7]     The defendant shall work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses the defendant from doing so. If the defendant does not have full-time employment, he or she shall try to find full-time employment, unless the probation officer excuses the defendant from doing so. If the defendant plans to change where the defendant works or anything about his or her work (such as the position or job responsibilities), the defendant shall notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, the defendant shall notify the probation officer within 72 hours of becoming aware of a change or expected change.

[8]     The defendant shall not communicate or interact with someone the defendant knows is engaged in criminal activity. If the defendant knows someone has been convicted of a felony, the defendant shall not knowingly communicate or interact with that person without first getting the permission of the probation officer.

[9]     If the defendant is arrested or questioned by a law enforcement officer, the defendant shall notify the probation officer within 72 hours.

[10]    The defendant shall not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified, for the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

[11]    The defendant shall not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.

[12]    If the probation officer determines that the defendant poses a risk to another person (including an organization), the probation officer may require the defendant to notify the person about the risk and the defendant shall comply with that instruction. The probation officer may contact the person and confirm that the defendant has notified the person about the risk.

[13]    The defendant shall follow the instructions of the probation officer related to the conditions of supervision.

[14]    If the judgment imposes other criminal monetary penalties, it is a condition of supervision that the defendant pay such penalties in accordance with the Schedule of Payments sheet of the judgment.

[15]    If the judgment imposes a fine, special assessment, restitution, or other criminal monetary penalties, it is a condition of supervision that the defendant shall provide the probation officer access to any requested financial information.

[16]    If the judgment imposes a fine, special assessment, restitution, or other criminal monetary penalties, it is a condition of supervision that the defendant shall not incur any new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the payment schedule.

[17]    If the defendant is excluded, deported, or removed upon release on probation or supervised release, the term of supervision shall be a non-reporting term of probation or supervised release. The defendant shall not illegally re-enter the United States. If the defendant is released from confinement or not deported, or lawfully re-enters the United States during the term of probation or supervised release, the defendant shall immediately report in person to the nearest U.S. Probation Office.

AO 245B (Rev. TXN 10/12) Judgment in a Criminal Case                                     Judgment -- Page 6 of 6

DEFENDANT:          CHARLES BRANDON O'NEAL
CASE NUMBER:        7:18-CR-00183-DC(4)

# CRIMINAL MONETARY PENALTIES/SCHEDULE

     The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth. Unless the Court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. Criminal Monetary Penalties, except those payments made through Federal Bureau of Prisons' Inmate Financial Responsibility Program shall be paid through the Clerk, United States District Court, 200 E. Wall St. Room 222, Midland, TX 79701.  The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| **TOTALS** | $100.00 | $.00 | $.00 |

### SPECIAL ASSESSMENT

     It is ordered that the defendant shall pay to the United States a special assessment of $100.00.  Payment of this sum shall begin immediately.

### FINE

     The fine is waived because of the defendant's inability to pay.

     If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column above. However, pursuant to 18 U.S.C. § 3664(i), all non-federal victims must be paid before the United States is paid.

     If the fine is not paid, the court may sentence the defendant to any sentence which might have been originally imposed. See 18 U.S.C. §3614.

     The defendant shall pay interest on any fine or restitution of more than $2,500.00, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. §3612(f). All payment options may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. §3612(g).

     Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest, (7) penalties, and (8) costs, including cost of prosecution and court costs.

     Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

CLOSED

# U.S. District Court [LIVE]
## Western District of Texas (Midland)
## CRIMINAL DOCKET FOR CASE #: 7:18-cr-00183-DC-4
### Internal Use Only

Case title: USA v. Guerra, et al

Date Filed: 07/25/2018

Date Terminated: 02/02/2021

---

Assigned to: Judge David Counts

Appeals court case number: 18-51073 5th USCA

### Defendant (4)

**Charles Brandon O'Neal**
*TERMINATED: 02/02/2021*

represented by **Seth H. Kretzer**
Law Office of Seth Kretzer
917 Franklin Street, Ste Sixth Floor
Houston, TX 77002
713-775-3050
Fax: 713-929-2019
Email: seth@kretzerfirm.com
*TERMINATED: 02/02/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Stephanie Erin Brunson**
P.O. Box 97
Midland, TX 79702
(432) 684-7575
Fax: (432) 684-7585
Email: erinbrunson.law@gmail.com
*TERMINATED: 12/20/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

### Pending Counts

CONTROLLED SUBSTANCE 21:846-CD.F Conspiracy to distribute controlled substance (methamphetamine).
(1)

### Highest Offense Level (Opening)

Felony

### Disposition

Sentenced to: 108 months imprisonment; 5 years Supervised Release; No fine; $100 Special Assessment

**Terminated Counts**                                    **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                           **Disposition**

None

---

**Plaintiff**

USA                                  represented by **Antonio Franco , Jr.**
                                                      Assistant U.S. Attorney
                                                      Asset Forfeiture Section
                                                      601 N.W. Loop 410, Suite 600
                                                      San Antonio, TX 78216
                                                      210-384-7040
                                                      Fax: 210-384-7045
                                                      Email: antonio.franco@usdoj.gov
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Brandi Young - AUSA**
                                                      FORMER AUSA U.S. Attorney's Office
                                                      400 W. Illinois Avenue, Suite 1200
                                                      Midland, TX 79701
                                                      432-686-1110
                                                      Email: DeeDee.Rayos@usdoj.gov
                                                      *TERMINATED: 01/01/2025*
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*
                                                      *Designation: Retained*

                                                      **John A. Fedock**
                                                      U.S. Attorney's Office - Midland
                                                      400 W. Illinois Ave, Suite 1200
                                                      Midland, TX 79701
                                                      (432) 686-4127
                                                      Email: John.Fedock@usdoj.gov
                                                      *TERMINATED: 03/18/2024*
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*
                                                      *Designation: Retained*

                                                      **Joseph H. Gay , Jr.**
                                                      FORMER Assistant U.S. Attorney
                                                      601 N.W. Loop 410
                                                      Suite 600
                                                      San Antonio, TX 78216
                                                      (210) 384-7030

Fax: 210 384-7031
Email: Joseph.Gay@usdoj.gov
*TERMINATED: 02/10/2020*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Shane Austin Chriesman - AUSA**
United States Attorney's Office - Western
District of T
400 W. Illinois, Suite 1200
Suite 1200
Midland, TX 79701
(432) 686-4110
Fax: (432) 686-4124
Email: shane.chriesman@usdoj.gov
*TERMINATED: 03/01/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Violet LaTawn White - AUSA**
FORMER - U.S. Attorney
400 W. Illinois Street, Suite 1200
Midland, TX 79705
(432) 686-4110
Email: usatxw.ecfmi@usdoj.gov
*TERMINATED: 03/01/2020*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/25/2018 | 1 | SEALED INDICTMENT (Redacted Version) filed Unredacted document sealed pursuant to E-Government Act of 2002 as to Jesus Guerra (1) count(s) 1, Scott Eric Freeman (2) count(s) 1, Melissa Kayann Preston (3) count(s) 1, Charles Brandon O'Neal (4) count(s) 1, Jason Brent McCullough (5) count(s) 1, Balaina Renee Basham (6) count(s) 1, Robert John Brazeal (7) count(s) 1. (dm2) (Entered: 07/26/2018) |
| 07/25/2018 | 🔒🔒 2 | *SEALED* UNREDACTED INDICTMENT: In Compliance with the E-Government Act, this document should remain SEALED and not made available to the public as to Jesus Guerra, Scott Eric Freeman, Melissa Kayann Preston, Charles Brandon O'Neal, Jason Brent McCullough, Balaina Renee Basham, Robert John Brazeal. (Attachments: # 1 Personal Data Sheet) (dm2) Modified on 7/26/2018 (dm2). (Entered: 07/26/2018) |
| 07/25/2018 | 3 | SEALED MOTION filed (dm2) (Entered: 07/26/2018) |
| 07/25/2018 | 4 | Sealed Order. Signed by Judge David B. Fannin. (dm2) (Entered: 07/26/2018) |
| 07/25/2018 | 5 | ORDER FOR ISSUANCE OF Bench Warrant as to Jesus Guerra, Charles Brandon O'Neal, Jason Brent McCullough, Balaina Renee Basham, Robert John Brazeal. Signed by Judge David B. Fannin. (dm2) Modified on 7/30/2018 to |

| | | |
|---|---|---|
| | | remove names of defendants docketed in error: Scott Eric Freeman, Melissa Kayann Preston (dm2). (Entered: 07/26/2018) |
| 07/25/2018 | 9 | Bench Warrant Issued by Judge David B. Fannin as to Charles Brandon O'Neal. (dm2) (Entered: 07/26/2018) |
| 08/01/2018 | | Arrest of Charles Brandon O'Neal (dm2) (Entered: 08/03/2018) |
| 08/01/2018 | | INDICTMENT UNSEALED as to Charles Brandon O'Neal, Jason Brent McCullough, Balaina Renee Basham, Robert John Brazeal (dm2) (Entered: 08/03/2018) |
| 08/02/2018 | 🔒 36 | Minute Entry for proceedings held before Judge B. Dwight Goains:Initial Appearance as to Charles Brandon O'Neal held on 8/2/2018 (Minute entry documents are not available electronically.) (Court Reporter FTR.) (dm2) (Entered: 08/03/2018) |
| 08/02/2018 | 37 | ORDER APPOINTING COUNSEL as to Charles Brandon O'Neal, Stephanie Erin Brunson for Charles Brandon O'Neal appointed.. Signed by Judge B. Dwight Goains. (dm2) (Entered: 08/03/2018) |
| 08/02/2018 | 🔒 38 | CJA 23 Financial Affidavit by Charles Brandon O'Neal (SEALED pursuant to E-Government Act of 2002). (dm2) (Entered: 08/03/2018) |
| 08/02/2018 | 39 | MOTION to Detain Defendant without Bond by USA as to Charles Brandon O'Neal. (dm2) (Entered: 08/03/2018) |
| 08/02/2018 | 40 | ORDER Setting District Court Arraignment as to Charles Brandon O'Neal Arraignment set for 8/14/2018 01:30 PM in Default hearing location for Midland before Judge B. Dwight Goains,. Signed by Judge B. Dwight Goains. (dm2) (Entered: 08/03/2018) |
| 08/02/2018 | 41 | ORDER OF TEMPORARY DETENTION: Bond set to NO BOND as to Charles Brandon O'Neal Detention Hearing set for 8/14/2018 01:30 PM in Default hearing location for Midland before Judge B. Dwight Goains,. Signed by Judge B. Dwight Goains. (dm2) (Entered: 08/03/2018) |
| 08/06/2018 | 74 | Bench Warrant Returned Executed on 08/01/2018 as to Charles Brandon O'Neal. (lw) (Entered: 08/08/2018) |
| 08/14/2018 | 88 | WAIVER of Personal Appearance at Arraignment and Entry of Plea of Not Guilty by Charles Brandon O'Neal Signed by Judge Ronald C. Griffin. (dm2) (Entered: 08/14/2018) |
| 08/14/2018 | 89 | WAIVER of Detention Hearing by Charles Brandon O'Neal (dm2) (Entered: 08/14/2018) |
| 08/14/2018 | 90 | ORDER OF DETENTION: Bond set to NO BOND as to Charles Brandon O'Neal. Signed by Judge B. Dwight Goains. (dm2) (Entered: 08/14/2018) |
| 08/14/2018 | 91 | SCHEDULING ORDER as to Charles Brandon O'Neal Plea Agreement due by 9/20/2018, Docket Call set for 9/5/2018 09:30 AM in Default hearing location for Midland before Judge B. Dwight Goains, Jury Selection set for 10/1/2018 08:30 AM in Default hearing location for Midland before Judge David Counts, Jury Trial set for 10/1/2018 08:30 AM in Default hearing location for Midland before Judge David Counts,. Signed by Judge B. Dwight Goains. (dm2) (Entered: 08/14/2018) |
| 09/05/2018 | 🔒 98 | Minute Entry for proceedings held before Judge Ronald C. Griffin:Docket Call as to Charles Brandon O'Neal, Balaina Renee Basham held on 9/5/2018 (Minute |

| | | | |
|---|---|---|---|
| | | | entry documents are not available electronically.) (Court Reporter FTR.) (dm2) (Entered: 09/05/2018) |
| 09/05/2018 | | [100](#) | ORDER as to Charles Brandon O'Neal, ( Status Conference set for 9/19/2018 01:30 PM in Default hearing location for Midland before Judge Ronald C. Griffin,). Signed by Judge Ronald C. Griffin. (dm2) (Entered: 09/05/2018) |
| 09/19/2018 | | [123](#) | Consent to administration of guilty plea and Rule 11 Allocution by a United States Magistrate Judge by Charles Brandon O'Neal (dm2) (Entered: 09/19/2018) |
| 09/19/2018 | 🔒 | [124](#) | Minute Entry for proceedings held before Judge Ronald C. Griffin:Rearraignment held on 9/19/2018 ; Defendant Informed of Rights. Plea of guilty entered as to Charles Brandon O'Neal (4) Count 1 ;Referred to Probation for Presentence Report (Minute entry documents are not available electronically.) (Court Reporter FTR.) (dm2) (Entered: 09/19/2018) |
| 09/19/2018 | | | ORAL FACTUAL BASIS by USA as to Charles Brandon O'Neal (dm2) (Entered: 09/19/2018) |
| 09/19/2018 | | [125](#) | FINDINGS OF FACT AND RECOMMENDATION on felony guilty plea before the United States Magistrate Judge as to Charles Brandon O'Neal. Signed by Judge Ronald C. Griffin. (dm2) (Entered: 09/19/2018) |
| 09/20/2018 | | [135](#) | ORDER Setting Sentencing as to Charles Brandon O'Neal Sentencing set for 12/11/2018 10:00 AM in Default hearing location for Midland before Judge David Counts,. Signed by Judge David Counts. (dm2) (Entered: 09/20/2018) |
| 09/21/2018 | | [145](#) | 🔊 PDF with attached Audio File. Audio as to Defendant (4) Charles Brandon O'Neal. Court Date & Time [ 9/19/2018 1:56:58 PM ]. File Size [ 9108 KB ]. Run Time [ 00:18:58 ]. (admin). (Entered: 09/21/2018) |
| 10/03/2018 | | [156](#) | ORDER accepting re [125](#) Findings of Fact on Plea as to Charles Brandon O'Neal. Guilty plea accepted. Signed by Judge David Counts. (dm2) (Entered: 10/03/2018) |
| 11/02/2018 | 🔒 | [158](#) | INITIAL PRESENTENCE REPORT as to Charles Brandon O'Neal by Officer Douglas Bramley. Objections to the PSR must be submitted directly to the Probation Department. Instructions for viewing the report/worksheet are available [here](#). (Document is available only to the attorney of record and AUSA for 14 days. PLEASE PRINT OR SAVE AS SOON AS DOCUMENT IS OPENED.) (Attachments: # [1](#) Certificate of Disclosure)(Sanchez, C.) (Entered: 11/02/2018) |
| 11/30/2018 | 🔒 | [172](#) | ADDENDUM (Charles Brandon O'Neal) to the Presentence Investigation Report by Officer Douglas Bramley. Instructions for viewing the report/worksheet are available [here](#). (Document is available only to the attorney of record and AUSA for 14 days. PLEASE PRINT OR SAVE AS SOON AS DOCUMENT IS OPENED.) (Attachments: # [1](#) Presentence Investigation Report)(lc) (Entered: 11/30/2018) |
| 11/30/2018 | 🔒 | [173](#) | SEALED PRESENTENCE INVESTIGATION REPORT Filed as to Charles Brandon O'Neal by Officer Douglas Bramley. (Document available to court only) (Attachments: # [1](#) Addendum, # [2](#) Sentence Recommendation)(lc) (Entered: 11/30/2018) |
| 12/11/2018 | 🔒 | [177](#) | Minute Entry for proceedings held before Judge David Counts:Sentencing held on 12/11/2018 for Charles Brandon O'Neal (4), Count(s) 1, Sentenced to: 108 months imprisonment; 5 years Supervised Release; No fine; $100 Special |

| | | | |
|---|---|---|---|
| | | | Assessment. (Minute entry documents are not available electronically.) (Court Reporter Ann Record.) (dm2) (Entered: 12/11/2018) |
| 12/17/2018 | | 186 | JUDGMENT AND COMMITMENT as to Charles Brandon O'Neal (4), Count(s) 1, Sentenced to: 108 months imprisonment; 5 years Supervised Release; No fine; $100 Special Assessment. Signed by Judge David Counts. (dm2) (Entered: 12/18/2018) |
| 12/17/2018 | 🔒 | 187 | Sealed Statement of Reasons as to Charles Brandon O'Neal (SOR documents are not available electronically.) (dm2) (Entered: 12/18/2018) |
| 12/19/2018 | | 194 | Appeal of Final Judgment by Charles Brandon O'Neal. No filing fee submitted (Brunson, Stephanie) (Entered: 12/19/2018) |
| 12/19/2018 | | 195 | MOTION to Appoint Counsel *on Appeal* by Charles Brandon O'Neal. (Brunson, Stephanie) (Entered: 12/19/2018) |
| 12/19/2018 | | | NOTICE OF APPEAL following 194 Notice of Appeal (E-Filed) by Charles Brandon O'Neal Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out Form DKT-13 (Transcript Order) and follow the instructions set out on the form. If the appellant has a court appointed attorney under CJA, the CJA 24 vouchers must be completed in the E-voucher system. (dm2) (Entered: 12/20/2018) |
| 12/20/2018 | | | Text Order GRANTING 195 Attorney Stephanie Erin Brunson's Motion to Withdraw and to Appoint Appellate Counsel as to Defendant Charles Brandon O'Neal (4) and appointing Attorney Seth Kretzer to represent Defendant Charles Brandon O'Neal (4) for appellate purposes under the Criminal Justice Act entered by Judge Ronald C. Griffin. (This is a text-only entry generated by the court. There is no document associated with this entry.) (dp) (Entered: 12/20/2018) |
| 12/20/2018 | | | Attorney Seth H. Kretzer for Charles Brandon O'Neal added, Attorney Stephanie Erin Brunson terminated as to Charles Brandon O'Neal. (dm2) (Entered: 12/20/2018) |
| 01/02/2019 | | 201 | TRANSCRIPT REQUEST by Charles Brandon O'Neal for dates of 9/19/18 before Judge Griffin,. Proceedings Transcribed: re-arraignment. Court Reporter: Lily Reznik. re Notice of Appeal - Final Judgment,, (Kretzer, Seth) Modified on 1/2/2019 to add name of court reporter. (jk). (Entered: 01/02/2019) |
| 01/02/2019 | | 202 | TRANSCRIPT REQUEST by Charles Brandon O'Neal for dates of 12.11.18 before Judge Counts,. Proceedings Transcribed: Sentencing. Court Reporter: Record. re Notice of Appeal - Final Judgment,, (Kretzer, Seth) (Entered: 01/02/2019) |
| 02/12/2019 | 🔓 | 216 | TRANSCRIPT filed of Proceedings as to Charles Brandon O'Neal held on 12/11/2018 Proceedings Transcribed: Sentencing. Court Reporter Ann Record, Telephone number 432-685-0361. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. Redaction Request due 3/5/2019, Redacted Transcript Deadline set for 3/15/2019, Release of Transcript Restriction set for 5/13/2019, Appeal Record due by 2/27/2019, (Record, Ann) (Entered: 02/12/2019) |

| 02/14/2019 | 218 | TRANSCRIPT filed of Proceedings as to Charles Brandon O'Neal held on September 19, 2018 Proceedings Transcribed: Rearraignment/Plea. Court Reporter/Transcriber Lily I. Reznik, Telephone number 512-391-8792. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. Redaction Request due 3/7/2019, Redacted Transcript Deadline set for 3/18/2019, Release of Transcript Restriction set for 5/15/2019, Appeal Record due by 3/1/2019, (Reznik, Lily) (Entered: 02/14/2019) |
|---|---|---|
| 03/06/2019 | | Certification of the Electronic Record on Appeal has been accepted by the 5th Circuit as to Charles Brandon O'Neal re 194 Notice of Appeal - Final Judgment. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site. Please click this link to download the instructions here. (se) (Entered: 03/06/2019) |
| 02/02/2021 | 263 | JUDGMENT/MANDATE of USCA (certified copy) as to Charles Brandon O'Neal. Terminated appeal: 194 Notice of Appeal (E-Filed), 202 Appeal Transcript Request, 201 Appeal Transcript Request, Notice of Appeal - Final Judgment,, Appeal Record Accepted and Available Electronically, (slt) (Entered: 02/03/2021) |
| 10/07/2025 | 283 | Probation/Supervised Release Jurisdiction Transferred to District of Kansas - Kansas City Division as to Charles Brandon O'Neal signed by Judge David Counts. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (kg) (Entered: 10/08/2025) |